**In Re Petition for DISCIPLINARY ACTION AGAINST Paul J. DesHOTELS, an Attorney at Law of the State of Minnesota.**

No. C3–98–254.

Supreme Court of Minnesota.

July 7, 1998.

## ORDER

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition alleging that respondent Paul J. DesHotels has committed professional misconduct warranting public discipline, namely filing a notice of *lis pendens* with no basis or legal justification; and

WHEREAS, respondent waives his rights pursuant to Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and unconditionally admits the allegations of the petition and has entered into a stipulation with the Director wherein they jointly recommend

that the appropriate discipline is a public reprimand and payment of $900 in costs; and

WHEREAS, this court has independently reviewed the record and approves the jointly recommended disposition,

IT IS HEREBY ORDERED that Paul J. DesHotels is publicly reprimanded. The Director is awarded $900 in costs plus interest pursuant to Rule 24(d), RLPR.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice